UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: ENFORCEMENT OF A SEIZURE ORDER BY THE COURT OF APPEALS OF PARIS, COURT OF HIGH INSTANCE, FRANCE TO RESTRAIN:<br><br>ONE BAG OF FOREIGN CURRENCY; $108,215.00 IN U.S. CURRENCY FOUR LUXURY VEHICLES; VARIOUS PIECES OF EXPENSIVE JEWELRY SEIZED BY AND HELD IN THE CUSTODY OF THE LOS ANGELES COUNTY SHERIFF'S OFFICE AS A RESULT OF A STATE COURT CASE, CASE NO. 16 LAT0194 | Case No. 1:18-mc-00141-CKK |

## ORDER

WHEREAS this matter comes before this Court on the Ex Parte Application of the United States to Register and Enforce provisions of a Foreign Seizure Order Pursuant to 28 U.S.C. § 2467(d)(3) and 18 U.S.C. § 983(j), which provisions authorize this Court to register and enforce a foreign restraining order and take any other action to seize, secure, maintain, or preserve the availability of property subject to forfeiture in a foreign proceeding;

WHEREAS the United States' Ex Parte Application seeks enforcement of portions of a French Seizure Order dated March 14, 2017 attached to the Application against the following assets owned or controlled by Fabrice Touil (the "French Court's March 14, 2017 Seizure Order"), currently in the custody of the Los Angeles County Sheriff's Department:

1. One bag of foreign currency seized on July 19, 2016, by federal agents at Fabrice Touil's residence located at 2666 Hutton Drive, Beverly Hills, California 90210, on the day of his arrest, containing Euros, numbered A402376.

2. $108,215.00 in U.S. currency at the Los Angeles Sheriff's Trust Fund Account at Bank of America, Account Number xxxxxx-0346

3. One vehicle owned or controlled by Fabrice Touil described as:

| Description | Vehicle Identification Number | License Plate |
|---|---|---|
| Make: Bentley Sedan<br>Model: Mulsanne<br>Color: Black<br>Year: 2013 | SCBBB7ZH7DC01 8393 | 7ECG761 |

4. One vehicle owned or controlled by Fabrice Touil described as:

| Description | Vehicle Identification Number | License Plate |
|---|---|---|
| Make: Mercedes<br>Model: S550<br>Color: Black<br>Year: 2014 | WDDUG8CB0EA026 | 18062V1 |

5. One vehicle owned or controlled by Fabrice Touil described as:

| Description | Vehicle Identification Number | License Plate |
|---|---|---|
| Make: Range Rover<br>Color: Black<br>Year: 2013 | SALGS2EFXDA100536 | 7BPG077 |

6. One vehicle owned or controlled by Fabrice Touil, or its cash equivalent, described as:

| Description | Vehicle Identification Number[1] | License Plate |
|---|---|---|
| Make: Ferrari<br>Model: California<br>Color: Black<br>Year: 2010 | ZFF65LJA0A0173721 | 6YFH239 |

7. Twenty-five watches owned or controlled by Fabrice Touil, seized on July 19, 2016, by

---

[1] The English translation of the French seizure order misstates the VIN for this asset as "ZFF65LJADA0173721." The original French Seizure Order is controlling, which correctly states the VIN as "ZFF65LJA0A0173721." In the alternative, this vehicle is specifically identified by its license plate.

2

federal agents at Fabrice Touil's residence located at 2666 Hutton Drive, Beverly Hills, California 90210, on the day of his arrest, and further described as:

| | |
|---|---|
| Watch 1 | Men's Rolex Daytona, white metal |
| Watch 2 | Men's Rolex Daytona, white metal |
| Watch 3 | Men's Bulgari Diagono Professional, yellow metal |
| Watch 4 | Men's Rolex Daytona, yellow metal |
| Watch 5 | Men's Audemars Piguet Royal Oak, white metal |
| Watch 6 | Men's Rolex Daytona, yellow metal |
| Watch 7 | Men's Audemars Piguet Royal Oak Color: Copper |
| Watch 8 | Men's Patek Philippe Geneve, white metal |
| Watch 9 | Men's Rolex Sky Dweller, white metal |
| Watch 10 | Men's Rolex Oyster, white metal |
| Watch 11 | Men's Rolex Oyster, yellow metal |
| Watch 12 | Men's Bulgari Carbongold Color: Black |
| Watch 13 | Men's Rolex Deep Sea, white metal, in green box |
| Watch 14 | Men's Audemars Piguet Royal Oak Offshore Color: Black |
| Watch 15 | Men's Audemars Piguet Pride of Argentina, white metal |
| Watch 16 | Men's Audemars Piguet Royal Oak, white metal |
| Watch 17 | Men's Rolex Milgauss, white metal |
| Watch 18 | Men's Audemars Piguet HNR Color: Black |
| Watch 19 | Men's Rolex Yacht Master II, white metal |
| Watch 20 | Men's Rolex Sky Dweller, yellow metal |

| Watch 21 | Men's Rolex Daytona, white metal |
| --- | --- |
| Watch 22 | Men's Audemars Piguet Royal Oak Concept Color: Copper |
| Watch 23 | Men's Audemars Piguet HNR Color: Black |
| Watch 24 | Men's Richard Mille RM035 with black case Color: Black |
| Watch 25 | Men's Audemars Piguet Millenary Color: Black |

8. Two pieces of jewelry owned or controlled by Fabrice Touil, seized on July 19, 2016, by federal agents at Fabrice Touil's residence located at 2666 Hutton Drive, Beverly Hills, California 90210, on the day of his arrest, and further described as one Cartier bracelet (white gold with diamonds) and one Cartier bracelet (yellow gold with diamonds).

(the "Properties")

WHEREAS, upon consideration of the United States' Ex Parte Application, including the explanation of the status of additional assets restrained by the French Court's March 14, 2017 Seizure Order, THIS COURT HEREBY FINDS THAT:

(a) This Court has jurisdiction over the subject matter of this case;

(b) Pursuant to 28 U.S.C. § 2467(c)(2)(B), venue is appropriate in the U.S. District Court for the District of Columbia;

(c) The United States and France are parties to a bilateral agreement providing for forfeiture assistance, namely, the Treaty with France on Mutual Legal Assistance in Criminal Matters, U.S.-Fr., art. 11, Dec. 10, 1998, T.I.A.S. 13010 (2001);

(d) On March 14, 2017, the Court of Appeals of Paris, Court of High Instance, issued a Seizure Order to preserve the Properties owned or controlled by Fabrice Touil that is subject to confiscation (forfeiture) under French law in connection with a criminal prosecution into Fabrice Touil and others suspected of money laundering and other offenses in France referred to as the French Court's March 14, 2017 Seizure Order;

(e) On December 20, 2017, the Attorney General of the U.S. Department of Justice, through his designee, certified that enforcement of the French Seizure Order

4

against the Properties is "in the interest of justice;"

(f) The French Court's March 14, 2017 Seizure Order has been rendered under a system of law compatible with the requirements of due process;

(g) The Court of Appeals of Paris, Court of High Instance, has jurisdiction over the subject matter of the criminal and confiscation proceedings pursuant to which the French Court's March 14, 2017 Seizure Order was issued; and

(h) There is no indication that the French Court's March 14, 2017 Seizure Order was obtained by fraud.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED,

PURSUANT TO 28 U.S.C. § 2467(d)(3)(A), (d)(3)(B)(ii), and 18 U.S.C. § 983(j), THAT:

1. The French Court's March 14, 2017 Seizure Order is hereby REGISTERED AND ENFORCED by this Court;

2. The Properties which the Department of Justice represents are presently held at the Los Angeles County Sheriff's Department in Los Angeles, California, are hereby **RESTRAINED UPON THE FOLLOWING CONDITION:**

   At the time when the case captioned as *In the matter of the Search Warrant at 2666 Hutton Drive, Beverly Hills, California 90210*, Superior Court of the State California, County of Los Angeles, Case No. 16 LAT0194, is dismissed or otherwise terminated in the Superior Court, or alternatively, the state court's final judgement is satisfied, thereby depriving the state court of jurisdiction or control over the Properties.

3. With respect to the Properties, Fabrice Touil and all persons, companies, entities, agents, servants, employees, attorneys, family members, and those persons in active concert or participation with either Fabrice Touil, are hereby ENJOINED AND RESTRAINED from transferring, selling, assigning, pledging, distributing, giving away, encumbering, leasing, subleasing, or otherwise participating in the disposal of the Properties, by mortgage or otherwise, without prior approval of this Court upon notice to the United States and an opportunity for the United States to be heard;

4. The Los Angeles County Sheriff's Office shall maintain custody of the Properties, take all reasonable precautions to maintain its present condition and prevent the destruction or diminution in value of the Properties unless or until they decide to transfer custody to the U.S. Marshal's Service for further storage or for liquidation or other disposition pursuant to any further order entered by this Court;

5. The terms of this Order shall remain in full force and effect until the French criminal cases referred to in the attached French Court's March 14, 2017 Seizure Order are

concluded and any forfeiture judgments obtained therein have been presented for enforcement to this Court, or the Properties are sought by French authorities to be released;

6. The United States Department of Justice, Money Laundering and Asset Recovery Section, shall make its best efforts to provide a copy of this Court's Order upon individuals and entities affected by this Order, and to anyone else known to the United States as holding a protected interest in the Properties; and

7. The United States Department of Justice, Money Laundering and Asset Recovery Section, may serve a copy of this Order on the Los Angeles County Sheriff's Office and any other interested party by delivery, facsimile or electronic communication.

**SO ORDERED this** __19th__ **day of October, 2018 in the District of Columbia.**

_Colleen Kollar-Kotelly_
UNITED STATES DISTRICT COURT JUDGE